UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| FAYE ANN ANDERSON,<br><br>    Plaintiff,<br><br>V.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL ACTION NO. 7:13-CV-14-KKC<br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the Opinion and Order entered contemporaneously with this judgment, the Court hereby **ORDERS** that:

(1) Plaintiff's motion for summary judgment (DE 14) is **DENIED**;

(2) Defendant's motion for summary judgment (DE 15) is **GRANTED**;

(3) The decision of the Commissioner is **AFFIRMED;**

(4) This action is **STRICKEN** from the active docket of this Court; and

(5) this Judgment is **FINAL** and **APPEALABLE**.

This 21st day of March, 2014.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY